7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Sharon Marie Wheeler
*Debtor*

*Bankruptcy Case No.*
14−30325−can7

**Powis Corporation**
  Plaintiff(s)

*Adversary Case No.*
14−03011−can

v.

**Sharon Marie Wheeler**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: , Sharon Marie Wheelers discharge of debt as to Powis Corporation is denied. ORDERED, Sharon Marie Wheeler shall continue to owe Powis Corporation its rightful debt in spite of this bankruptcy proceeding and the general order of discharge as issued by the clerk of this court on November 10, 2014.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 12/10/14

Court to serve